UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHAWN WAYNE HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-0061 |
| | ) | Chief Judge Crenshaw |
| JONATHAN SKRMETTI, | ) | |
| ATTORNEY GENERAL & REPORTER, | ) | |
| | ) | |
| Respondent. | ) | |

### RESPONDENT'S MOTION TO DISMISS THE PETITION AND TO BE EXCUSED FROM FILING ENTIRE STATE COURT RECORD

The respondent respectfully moves this Court to dismiss with prejudice the petitioner's pro se petition for writ of habeas corpus, initially filed September 29, 2013, pursuant to 28 U.S.C. § 2241, based upon Rule 4 of the Rules Governing 28 U.S.C. § 2254 Cases in the United States District Courts, and Federal Rule of Civil Procedure 12(b)(1) and (41(b). The respondent's motion is in response to the Court's November 21, 2023, order directing him to provide the state-court record and to file a response to the petition. (D.E. 4, PageID# 64-66.) The respondent has accompanied this motion with a supporting memorandum of law, contending the petition is not cognizable because it is moot, and that the petitioner has failed to prosecute his case. The respondent further requests to be excused from filing remaining portions of the state court record not necessary to adjudicate this action.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Andrew H. Smith*
ANDREW H. SMITH
Senior Assistant Attorney General
Attorney General's Office
Federal Habeas Corpus Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2552
B.P.R. No. 026594
Andrew.Smith@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a copy of the foregoing was filed with the U.S. District Court Clerk by using the CM/ECF system. A copy of the same was also sent to the petitioner at the following address: Shawn Wayne Hill, #482417 Macon County Jail, 902 Hwy 52 Bypass East, Lafayette, TN 37083.

/s/ *Andrew H. Smith*
ANDREW H. SMITH
Senior Assistant Attorney General